FILED
Mar 17 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ charlest DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LESLIE RODRIGUEZ,<br><br>    Defendant. | Case No. '22 CR598 AJB<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and Fentanyl |

The grand jury charges:

Count 1

On or about December 4, 2021, within the Southern District of California, defendant LESLIE RODRIGUEZ did knowingly and intentionally import 500 grams and more, to wit: approximately 18.30 kilograms (40.34 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

JYM:cms:San Diego:3/16/22

Count 2

On or about December 4, 2021, within the Southern District of California, defendant LESLIE RODRIGUEZ did knowingly and intentionally import 400 grams and more, to wit: approximately 3.5 kilograms (7.71 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 17, 2022.

RANDY S. GROSSMAN
United States Attorney

By: *Amy L Bramwell*
on behalf of JAMES Y. MIAO
Assistant U.S. Attorney