UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>     v.<br><br>LESLIE RODRIGUEZ,<br><br>                             Defendant. | Case No. 22-CR-598-AJB<br><br>**I N F O R M A T I O N**<br>**(Superseding)**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine and Fentanyl (Felony) |
|---|---|

The United States Attorney charges:

### Count 1

On or about December 4, 2021, within the Southern District of California, defendant, LESLIE RODRIGUEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 2

On or about December 4, 2021, within the Southern District of California, defendant, LESLIE RODRIGUEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a

//

//

JYM:San Diego
8/29/22

Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 8/29/22         .

RANDY S. GROSSMAN
United States Attorney

*[signature]*

JAMES MIAO
Assistant U.S. Attorney